**Opinion filed March 30, 2018**



## In The

# Eleventh Court of Appeals

_____

## No. 11-18-00006-CV

_____

## CONNOR HEPNER, Appellant

## V.

## ERIN RENEE HEPNER, Appellee

**On Appeal from the 318th District Court**

**Midland County, Texas**

**Trial Court Cause No. FM62416**

### M E M O R A N D U M   O P I N I O N

Connor Hepner timely filed a pro se notice of appeal on January 9, 2018, from a final decree of divorce that was signed by the trial court on January 5, 2018. When the appeal was filed, the clerk of this court requested that Appellant forward the $205 filing fee and a docketing statement to this court on or before January 22, 2018. We notified Appellant by letter dated February 5, 2018, that the filing fee and docketing statement were past due. In that letter, we directed Appellant to pay the $205 filing fee and file the docketing statement on or before February 15, 2018, and we informed

Appellant that failure to do so "**may result in dismissal of the case**." On February 27, we again notified Appellant by letter that his filing fee was past due, and we extended the deadline to March 12, 2018. We also informed Appellant: "**Failure to comply with this directive may result in dismissal of the case**." As of this date, Appellant has not remitted the filing fee or the docketing statement.

Because Appellant has failed to pay the required filing fee in this appeal and has failed to comply with this court's directives, we dismiss the appeal. *See* TEX. R. APP. P. 5, 42.3.

PER CURIAM

March 30, 2018

Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.[1]

---

[1] Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.